### Moore v. Commonwealth.

(Decided September 28, 1911.)

Appeal from Floyd Circuit Court.

Second Trial, Instructions Lost, Time to Supply.—The instructions which the court gave on the trial being lost out of the record, must be supplied in the circuit court, and when the record is thus supplied, a transcript of them may be made out for this court, and time will be given appellant for this purpose.

HOPKINS & HOPKINS, HARKINS & HARKINS for appellant.

JAS. BREATHITT, CHAS. H. MORRIS, W. H. MAY, A. J. MAY, J. F. BUTTON, W. LEE ROBERTS for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON— Overruling motion.

When the clerk made out the transcript in this case the instructions given the jury by the court were missing from the record, and for this reason were not copied in the transcript. Appellant has tendered a transcript of certain instructions, but that these were the instructions given on the trial, is controverted by the Commonwealth Attorney. As the instructions are lost from the record they may be supplied by a proceeding in the circuit court if the parties cannot agree upon them. When they are so supplied in that court they may be copied and the transcript sent here. Appellant is given 60 days to supply the record in the circuit court, and to file a transcript of the instructions so supplied.

The motion to file the papers now offered is overruled, and time is given as above indicated to supply the record.